**RICHARD B. LIND**

ATTORNEY AT LAW
575 LEXINGTON AVENUE
4TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/20
```

February 19, 2020

*Via ECF*
Hon. Victor Marrero
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

       Re:    United States v. Angela Bosquez
                 S1 19 Cr. 169 (VM)

Dear Judge Marrero:

      In January 2019, I was appointed as the CJA attorney for Angela Bosquez, the defendant in the above-referenced matter. Recently, the Court scheduled her sentencing for March 27, 2020. I am requesting that the Court change the date to June 26, 2020. The principal reason for the request is that, after consultation with my client, we both agree that it would be advisable to have the assistance of a firm that performs mitigation analysis. The government has no opposition to this application.

      Thank you for the Court's consideration of this request.

                                              Respectfully submitted,

                                              Richard B. Lind

cc: All Counsel (by ECF)

---

Request GRANTED. The sentencing of defendant, Angela Bosquez herein is rescheduled to 6-26-20 at 4:15 p.M.

SO ORDERED.

2-21-20
DATE        VICTOR MARRERO, U.S.D.J.