```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :        19 CR 169 (VM)
                                   :
         -against-                 :
                                   :                ORDER
ANGELA BOSQUEZ,                    :
                                   :
                 Defendant.        :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled the sentencing of the above-named defendant for June 26, 2020. By letter dated June 2, 2020, counsel for the above-named defendant requests that the sentencing be rescheduled for August 7, 2020. The Government does not object to this request. Accordingly, it is hereby ordered that the sentencing of the above-named defendant currently scheduled for June 26, 2020 shall be rescheduled to August 7, 2020 at 2:45 p.m.

**SO ORDERED:**

Dated:   New York, New York
         03 June 2020

_____
Victor Marrero
U.S.D.J.