USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 22, 2020

RICHARD B. LIND
Attorney at Law
575 Lexington Avenue – 4th Floor
Telephone: (212) 888-7725
Email: rlind@lindlawyer.com

July 21, 2020

**By ECF**

Hon. Victor Marrero
Senior United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

        Re:    United States v. Angela Bosquez
                  19 Cr. 169 (VM)

Dear Judge Marrero:

    I am the CJA attorney for Angela Bosquez, the defendant in the above-captioned matter. I submit this letter requesting that, at Angela's request, her sentencing, presently scheduled for August 7, be postponed to an afternoon the week of September 14-18, 2020. The basis for the request is that on late Sunday night, Ms. Bosquez discovered a close relative dead of a heart attack in his apartment. She is understandably physically and emotionally incapable of proceeding on the presently scheduled date of August 7, 2020. The government consents to this request. My message to the Probation Officer has not been returned.

    Thank you for the Court's consideration of this request.

                              Respectfully submitted,

                              _____/s/_____
                              Richard B. Lind

cc: AUSA Justin Rodriguez (by ECF)
    Probation Officer Paul Hay

> Request granted. The sentencing will be held on Friday, September 18, 2020, at 1:30 p.m.
>
> SO ORDERED.
>
> July 22, 2020
> DATE — VICTOR MARRERO, U.S.D.J.