UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

ANGELA BOSQUEZ,

Defendant.

19 CR 169(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court previously scheduled a sentencing in the above-referenced matter for September 18, 2020 at 1:30 p.m. Due to the ongoing coronavirus pandemic, the sentencing will take place by teleconference, using the following dial-in: 888-363-4749 (international callers dial 215-446-3662), access code 8392198.

**SO ORDERED.**

Dated: New York, New York
       17 September 2020

_____
Victor Marrero
U.S.D.J.